---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | LBU Franchises Corporation |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

Light Bulbs Unlimited

**3. Debtor's federal Employer Identification Number (EIN)**

7  6  –  0  2  8  2  4  9  5

**4. Debtor's address**

**Principal place of business**

1203 Westheimer Rd
Number        Street

Houston, TX 77006-2737
City                                State        ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number        Street

City                                State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                                State        ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  LBU Franchises Corporation
      Name                                                       Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    4     4     4     2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District  Southern District of Texas    When  11/2/2018    Case number  18-36106
                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

     District _____ When _____
                                        MM / DD / YYYY

     Case number, if known _____

Debtor      LBU Franchises Corporation
            Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard?  _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>     Number    Street<br><br>_____<br>     City     State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | LBU Franchises Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2023
            MM/ DD/ YYYY

X _David Bekker_ (signature)

Signature of authorized representative of debtor

Printed name                    David Bekker

Title                    President

**18. Signature of attorney**

X /s/ Broocks M. Wilson                    Date  11/22/2023
                                                MM/ DD/ YYYY
Signature of attorney for debtor

Printed name  Broocks McClure Wilson

Firm name  Kean Miller LLP

Number  Street  PO Box 3513

City  Baton Rouge                    State  LA    ZIP Code  70821

Contact phone  (713) 844-3000          Email address  mack.wilson@keanmiller.com

Bar number  24102655                   State  TX

Fill in this information to identify the case:

Debtor name      LBU Franchises Corporation

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/22/2023      X _~David Bekker~_
      MM/ DD/ YYYY         Signature of individual signing on behalf of debtor

                        David Bekker
                        Printed name

                        President
                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | LBU Franchises Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 BGW Properties<br>1275 S Post Oak Ln Unit 1802<br>Houston, TX 77056-2543 | | Rent | | | | $12,000.00 |
| 2 Bulbrite<br>145 W Commercial Ave<br>Moonachie, NJ 07074-1704 | | Trade Debt | | | | $7,500.00 |
| 3 City of Houston<br>PO Box Box 2688<br>Houston, TX 77252 | | Sign Permitting | | | | $1,968.56 |
| 4 Deep Roof Lighting<br>Po Box 2899<br>Huntingtn Sta, NY 11746-0911 | | Trade Claim | | | | $2,100.00 |
| 5 Fox Capital Group, LLC<br>300 E 56th St 6 J<br>New York, NY 10022-4136 | | Merchant Cash Advance | | | | $28,000.00 |
| 6 G and G Funding Group LLC<br>57 W 57th St Fl 4<br>New York, NY 10019-2827 | (718) 701-1256<br>info@gandgfunding.com | Merchant Cash Advance | Contingent Disputed Unliquidated | | | $50,000.00 |
| 7 Highland Hill Capital LLC<br>450 Fairway Dr Ste 208<br>Deerfield Bch, FL 33441-1837 | lance@highlandhill.com | Merchant Cash Advance | Contingent Disputed Unliquidated | | | $105,000.00 |
| 8 House of Troy<br>902 Silver Ridge Rd<br>Hyde Park, VT 05655-9396 | | Trade Vendor | | | | $2,100.00 |

Debtor    LBU Franchises Corporation_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | | Taxes | | | | $61,171.04 |
| 10 Nora Lighting<br>6505 Gayhart Street<br>Los Angeles, CA 90040 | | Trade Debt | | | | $1,500.00 |
| 11 Ray Spaulding | (903) 920-9141<br>tytxgal@hotmail.com | Loan | | | | $20,000.00 |
| 12 Trident Funding | (347) 777-7838 | MCA | Contingent<br>Disputed<br>Unliquidated | | | $50,000.00 |
| 13 U.S. Small Business Administration<br>409 3rd St Sw<br>Washington, DC 20416-0011 | | Loan | | $497,338.80 | $59,671.00 | $446,974.89 |
| 14 United Funding Group<br>1688 Meridian Ave Ste 700<br>Miami Beach, FL 33139-2713 | (213) 713-9831<br>info@ufgfunding.com | Merchant Cash Advance | Contingent<br>Disputed<br>Unliquidated | | | $18,000.00 |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

BGW Properties
1275 S Post Oak Ln Unit 1802
Houston, TX 77056-2543


Bulbrite
145 W Commercial Ave
Moonachie, NJ 07074-1704


City of Houston
PO Box Box 2688
Houston, TX 77252


Corporation Service Company
Po Box 2576
Springfield, IL 62708-2576


CT Corporation System
SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336


Deep Roof Lighting
Po Box 2899
Huntingtn Sta, NY 11746-0911


Demetrius Navarro
9235 Katy Fwy Ste 100
Houston, TX 77024-1519


Fox Capital Group, LLC
300 E 56th St 6 J
New York, NY 10022-4136

G and G Funding Group LLC
57 W 57th St Fl 4
New York, NY 10019-2827

G and G Funding Group LLC
2503 Borden Ave
Long Is City, NY 11101-4427

Harris County Tax Assessor-
Collector
PO Box 3547
Houston, TX 77253

Highland Hill Capital LLC
450 Fairway Dr Ste 208
Deerfield Bch, FL 33441-1837

Highland Hill Capital LLC
CT Corporation System
1200 S Pine Island Rd
Plantation, FL 33324-4413

House of Troy
902 Silver Ridge Rd
Hyde Park, VT 05655-9396

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Lieberman & Klestzick LLP
1915 Hollywood Blvd Ste 200b
Hollywood, FL 33020-4547

Nora Lighting
6505 Gayhart Street
Los Angeles, CA 90040


Ray Spaulding


RISE Association Management
Group
3131 Eastside St Ste 130
Houston, TX 77098


Trident Funding


U.S. Small Business
Administration
409 3rd St Sw
Washington, DC 20416-0011


U.S. Small Business
Administration
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana St Ste 2300
Houston, TX 77002-5010

U.S. Small Business
Administration
10737 Gateway Blvd W Ste 300
El Paso, TX 79935-4910


United Funding Group
1688 Meridian Ave Ste 700
Miami Beach, FL 33139-2713

United Funding Group
10230 Queens Blvd Apt 5m
Forest Hills, NY 11375-9504


Unlimited Capital
2613 E 16th St
Brooklyn, NY 11235-3805

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **LBU Franchises Corporation**                                          CASE NO

                                                                              CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____11/22/2023_____     Signature _____

                                                    David Bekker, President

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                                          CHAPTER  **11**
**LBU Franchises Corporation**


DEBTOR(S)                                                       CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **David Bekker** | Equity | 100% | No |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **11/22/2023**_____          Signature: _~David Bekker~_____

                                                            *David Bekker, President*

# LBU FRANCHISES CORPORATION
## Profit and Loss
### October 2022 - October 2023

|  | Total |
| --- | --- |
| **Income** | |
| **Total Income** | $ 1,288,359.36 |
| Cost of Goods Sold | $ 544,537.86 |
| **Gross Profit** | $ 743,821.50 |
| **Expenses** | |
| Bank Charges & Fees | 50,368.97 |
| Donation | 689.48 |
| Insurance | 60,014.62 |
| Interest Paid | 9,344.00 |
| Legal & Professional Services | 13,017.81 |
| Meals & Entertainment | 13,815.77 |
| Office Supplies & Software | 19,088.72 |
| Rent & Lease | 156,031.90 |
| Repairs & Maintenance | 10,036.95 |
| Salaries & Wages | 68,253.60 |
| Security | 356.26 |
| Taxes & Licenses | 9,219.79 |
| Travel | 1,142.40 |
| Utilities | 32,780.48 |
| Vehicle Expense | 49,635.11 |
| **Total Expenses** | $ 493,795.86 |
| **Net Operating Income** | $ 250,025.64 |
| **Net Income** | $ 250,025.64 |

Wednesday, Nov 22, 2023 05:12:22 AM GMT-8 - Accrual Basis

\* - The numbers in both this profit & loss statement and the below balance sheet do not accurately reflect the effect of the Merchant Cash Advances that LBU Franchises Corporation has received.

# LBU FRANCHISES CORPORATION
## Balance Sheet
### As of October 31, 2023

|  | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Total Bank Accounts | $ | 7,438.04 |
| Inventory | | 59,671.00 |
| **Total Current Assets** | **$** | **67,109.04** |
| **Fixed Assets** | | |
| Real Estate | | 118,800.00 |
| **TOTAL ASSETS** | **$** | **185,909.04** |
| **LIABILITIES AND EQUITY** | | |
| Total Long-Term Liabilities | **$** | **670,967.00** |
| **Total Liabilities** | **$** | **670,967.00** |
| **Equity** | | |
| Retained Earnings | | -735,083.60 |
| Net Income | | 250,025.64 |
| **Total Equity** | **-$** | **485,057.96** |
| **TOTAL LIABILITIES AND EQUITY** | **-$** | **299,148.92** |

Wednesday, Nov 22, 2023 05:18:33 AM GMT-8 - Accrual Basis

| Form **1120** | **U.S. Corporation Income Tax Return** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2022 or tax year beginning Jun 1 , 2022, ending May 31 , 20 23 | **2022** |
| | Go to *www.irs.gov/Form1120* for instructions and the latest information. | |

| A Check if: | | **B** Employer identification number |
|---|---|---|
| 1a Consolidated return (attach Form 851) ☐ | Name **LBU FRANCHISE CORPORATION** | 76-0282495 |
| b Life/nonlife consolidated return . ☐ | Number, street, and room or suite no. If a P.O. box, see instructions. | **C** Date incorporated |
| 2 Personal holding co. (attach Sch. PH) . ☐ | **1203 WESTHEIMER** | 06/26/1989 |
| 3 Personal service corp. (see instructions) ☐ | City or town, state or province, country, and ZIP or foreign postal code | **D** Total assets (see instructions) |
| 4 Schedule M-3 attached ☐ | **HOUSTON                    TX 77006** | $ 401,839 |

E Check if:  (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

## Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales . . . . . . . . . . . | 1a | 1,128,255 |
| b | Returns and allowances . . . . . . . . . . | 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . | 1c | 1,128,255 |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . | 2 | 564,722 |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . | 3 | 563,533 |
| 4 | Dividends and inclusions (Schedule C, line 23) . . . . . . . | 4 | |
| 5 | Interest . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Gross rents . . . . . . . . . . . . . . . . | 6 | |
| 7 | Gross royalties . . . . . . . . . . . . . . . | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . | 9 | |
| 10 | Other income (see instructions—attach statement) . . . . . . | 10 | |
| 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . | 11 | 563,533 |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---:|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) . . | 12 | 18,000 |
| 13 | Salaries and wages (less employment credits) . . . . . . . | 13 | 66,600 |
| 14 | Repairs and maintenance . . . . . . . . . . . . | 14 | 9,472 |
| 15 | Bad debts . . . . . . . . . . . . . . . . | 15 | |
| 16 | Rents . . . . . . . . . . . . . . . . . | 16 | 141,266 |
| 17 | Taxes and licenses . . . . . . . . . . . . . . | 17 | 11,048 |
| 18 | Interest (see instructions) . . . . . . . . . . . . | 18 | 126,790 |
| 19 | Charitable contributions . . . . . . . . . . . . . | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | 20 | 0 |
| 21 | Depletion . . . . . . . . . . . . . . . . | 21 | |
| 22 | Advertising . . . . . . . . . . . . . . . . | 22 | |
| 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . | 23 | |
| 24 | Employee benefit programs . . . . . . . . . . . . | 24 | |
| 25 | Reserved for future use . . . . . . . . . . . . . | 25 | |
| 26 | Other deductions (attach statement)  Other Deductions Statement | 26 | 208,070 |
| 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . | 27 | 581,246 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | −17,713 |
| 29a | Net operating loss deduction (see instructions) . . . | 29a | |
| b | Special deductions (Schedule C, line 24) . . . . | 29b | |
| c | Add lines 29a and 29b . . . . . . . . . . . . . | 29c | |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---:|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions . | 30 | −17,713 |
| 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . | 31 | 0 |
| 32 | Reserved for future use . . . . . . . . . . . . . | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) . . . . | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | 0 |
| 37 | Enter amount from line 36 you want: **Credited to 2023 estimated tax**          **Refunded** | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title **PRESIDENT** | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name **LESLIE M TAYLOR** | Preparer's signature *Leslie M Taylor, CPA* | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name **Leslie M Taylor, CPA** | | | Firm's EIN 76-0479289 | |
| Firm's address **4703 Kings Landing Lane Katy TX 77494** | | | Phone no. (713)705-7601 | |

For Paperwork Reduction Act Notice, see separate instructions. REV 05/17/23 PRO          Form **1120** (2022)

BAA

Form 1120 (2022)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . ▶ | | | |

REV 05/17/23 PRO　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **1120** (2022)

Form 1120 (2022)                                                                                                    Page **3**

| | **Schedule J** **Tax Computation and Payment** (see instructions) | | | |
|---|---|---|---|---|

**Part I—Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ☐ | | | |
| 2 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . . | **2** | | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . . . . . | **3** | | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . | **4** | | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . | **5a** | | |
| b | Credit from Form 8834 (see instructions) . . . . . . | **5b** | | |
| c | General business credit (attach Form 3800) . . . . . | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . | **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . . . | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . | **7** | | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . | **8** | | |
| 9a | Recapture of investment credit (attach Form 4255) . . . | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . | **9e** | | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) . . | **9f** | | |
| g | Other (see instructions—attach statement) . . . . . | **9g** | | |
| 10 | **Total.** Add lines 9a through 9g . . . . . . . . . . . . . . . . . . | **10** | | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . | **11** | | 0 |

**Part II—Reserved For Future Use**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use . . . . . . . . . . . . . . . . . . . . | **12** | | |

**Part III—Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 . . . . . . . . . . . . . . . . | **13** | | |
| 14 | 2022 estimated tax payments . . . . . . . . . . . . . . . . . . | **14** | | |
| 15 | 2022 refund applied for on Form 4466 . . . . . . . . . . . . . . . | **15** | ( | ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . | **16** | | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . | **17** | | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . | **18** | | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . . | **19** | | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . | **20a** | | |
| b | Form 4136 . . . . . . . . . . . . . . . . | **20b** | | |
| c | Reserved for future use . . . . . . . . . . . | **20c** | | |
| d | Other (attach statement—see instructions) . . . . . | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . . . . | **21** | | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . | **22** | | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 . . | **23** | | |

REV 05/17/23 PRO                                                                          Form **1120** (2022)

Form 1120 (2022)                                                                                           Page **4**

## Schedule K    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash    b ☒ Accrual    c ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. 459990 | | |
| b | Business activity RETAIL | | |
| c | Product or service LIGHT BULBS | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group?  . . . . . . . . . | | × |
| | If "Yes," enter name and EIN of the parent corporation _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . | | × |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)  . . | × | |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. | | × |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | × |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . | | × |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock?  . | | × |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned _____ and **(b)** Owner's country _____ | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or more) _____ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.)  . . . . . . . . . . . . . . . . . . . . . $114,165. | | |

REV 05/17/23 PRO                                                                              Form **1120** (2022)

Form 1120 (2022)                                                                                                    Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . | × | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . | | × |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . | | × |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . | | × |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . | | × |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," enter the total amount of the disallowed deductions $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | × |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . | | × |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . | | × |
| | If "Yes," enter amount from Form 8996, line 15 . . . . $ _____ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | × |
| | Percentage: By Vote _____       By Value _____ | | |

REV 05/17/23 PRO

Form **1120** (2022)

Form 1120 (2022)                                                                 Page **6**

## Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 8,741. | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 134,980. | | 45,689. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | 237,350. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 118,800. | | 118,800. | |
| b | Less accumulated depreciation | ( ) | 118,800. | ( ) | 118,800. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | 166,048. | | |
| 15 | Total assets | | 428,569. | | 401,839. |

### Liabilities and Shareholders' Equity

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 465,500. | | 465,500. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:   a Preferred stock | | | | |
| | b Common stock | 1,000. | 1,000. | 1,000. | 1,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | -37,931. | | -64,661. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 428,569. | | 401,839. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | -26,730. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | 0. | | Tax-exempt interest   $ _____ | |
| 3 | Excess of capital losses over capital gains | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | _____ | |
| | _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation  $ _____ | |
| a | Depreciation  $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions  $ ____739. | | | _____ | |
| c | Travel and entertainment  $ __8,278. | | 9 | Add lines 7 and 8 | |
| | | 9,017. | | | |
| 6 | Add lines 1 through 5 | -17,713. | 10 | Income (page 1, line 28)—line 6 less line 9 | -17,713. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| 1 | Balance at beginning of year | -37,931. | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | -26,730. | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -64,661. | 8 | Balance at end of year (line 4 less line 7) | -64,661. |

REV 05/17/23 PRO                                                   Form **1120** (2022)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| LBU FRANCHISE CORPORATION | 76-0282495 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 134,980 |
| 2 | Purchases | 2 | 475,431 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 610,411 |
| 7 | Inventory at end of year | 7 | 45,689 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 564,722 |

**9a** Check all methods used for valuing closing inventory:

   **(i)** ☒ Cost

   **(ii)** ☐ Lower of cost or market

   **(iii)** ☐ Other (Specify method used and attach explanation.) ▶ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  **b** Check if there was a writedown of subnormal goods   ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO   **9d** | |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

For Paperwork Reduction Act Notice, see instructions. BAA      REV 05/17/23 PRO    Form **1125-A** (Rev. 11-2018)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|------|--------------------------------------|
| LBU FRANCHISE CORPORATION | 76-0282495 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| DAVID BEKKER | | US | 100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| LBU FRANCHISE CORPORATION | 76-0282495 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** David Bekker | | 100% | 100% | % | 18,000. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . | **2** | 18,000. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . | **4** | 18,000. |

**For Paperwork Reduction Act Notice, see separate instructions. BAA**

REV 05/17/23 PRO

Form **1125-E** (Rev. 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
**(Including Information on Listed Property)**
Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

Name(s) shown on return: LBU FRANCHISE CORPORATION

Business or activity to which this form relates: Form 1120 RETAIL

Identifying number: 76-0282495

### Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | 0. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary  (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 0. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 0. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

BAA     REV 05/17/23 PRO

Form **4562** (2022)

Form 4562 (2022)                                                                                              Page **2**

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)
**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

**24a** Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No  **24b** If "Yes," is the evidence written? ☒ Yes ☐ No

| (a)<br>Type of property (list vehicles first) | (b)<br>Date placed in service | (c)<br>Business/investment use percentage | (d)<br>Cost or other basis | (e)<br>Basis for depreciation (business/investment use only) | (f)<br>Recovery period | (g)<br>Method/Convention | (h)<br>Depreciation deduction | (i)<br>Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . **25** | | | | | | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| VEHICLE | 06/01/11 | 100% | 6,930. | 6,930. | 5.00 | 200 DB-HY | 0. | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . **28** | | | | | | | 0. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . **29** | | | | | | | | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle 1 | | (b)<br>Vehicle 2 | | (c)<br>Vehicle 3 | | (d)<br>Vehicle 4 | | (e)<br>Vehicle 5 | | (f)<br>Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles)  . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven  . . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees?  See the instructions for vehicles used by corporate officers, directors, or 1% or more owners  . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions  . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a)<br>Description of costs | (b)<br>Date amortization begins | (c)<br>Amortizable amount | (d)<br>Code section | (e)<br>Amortization period or percentage | (f)<br>Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2022 tax year . . . . . . . . . . **43** | | | | | 0. |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . **44** | | | | | 0. |

REV 05/17/23 PRO                                                                                       Form **4562** (2022)

| Form 1120<br>Schedule L | Other Assets | 2022 |

| Name as Shown on Return<br>LBU FRANCHISE CORPORATION | Employer Identification No.<br>76-0282495 |

| **Other Current Assets:** | Beginning of<br>tax year | End of<br>tax year |
| --- | --- | --- |
| SBA FUNDS | | 237,350. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 6** . . . . . . . . . . . . . . . ▶ | | 237,350. |

| **Other Investments:** | Beginning of<br>tax year | End of<br>tax year |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 9** . . . . . . . . . . . . . . . ▶ | | |

| **Other Assets:** | Beginning of<br>tax year | End of<br>tax year |
| --- | --- | --- |
| SBA (unalloc) | 166,048. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 14** . . . . . . . . . . . . . ▶ | 166,048. | |

Form 1120, Line 29a     **Net Operating Loss Worksheet**     **2022**

| Name | Employer Identification Number |
|---|---|
| LBU FRANCHISE CORPORATION | 76-0282495 |

---

### Important Information
### Tax Cuts and Jobs Act (TCJA)

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA).  Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back.  NOLs can now be carried forward indefinitely.

---

### NOLs under Tax Cuts and Jobs Act of 2017 Smart Worksheet

**A** Is the Net Operating Loss from certain farming losses? . . . . . . . . . . . . . . . . ▶ Yes ☐ No ☐
**B** If "Yes" to line A, is the business electing out of the two year carryback? . . . . . . ▶ Yes ☐ No ☐
    **QuickZoom** to Election Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____
    **QuickZoom** to Form 1139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____

**NOL's under Tax Cuts and Jobs Act of 2017 :  Carryover indefinitely**

| NOL<br>Carryover<br>Year | A<br>Carryover | B<br>Less<br>Carrybacks | C<br>Adjusted<br>Carryover |
|---|---|---|---|
| 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39,445. | | 39,445. |
| 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 74,720. | | 74,720. |
| 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Totals . . . . . . . . . . . . . . . . . . . . . . . . . . | 114,165. | | 114,165. |

**NOL's under Taxpayer Relief Act of 1997 : Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2017 | | | |
| 2016 | | | |
| 2015 | | | |
| 2014 | | | |
| 2013 | | | |
| 2012 | | | |
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| 2006 | | | |
| 2005 | | | |
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| Totals | | | |

**NOL's prior to Taxpayer Relief Act of 1997: Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| Totals | | | |

| LBU FRANCHISE CORPORATION | 76-0282495 |
|---|---|

## Net Operating Loss Summary

| NOL C/O Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover Indefinite | F Remaining Carryover 15 Years* |
|---|---|---|---|---|---|---|
| 2021 | 39,445. | | | | 39,445. | |
| 2020 | 74,720. | | | | 74,720. | |
| 2019 | | | | | | |
| 2018 | | | | | | |
| 2017 | | | | | | |
| 2016 | | | | | | |
| 2015 | | | | | | |
| 2014 | | | | | | |
| 2013 | | | | | | |
| 2012 | | | | | | |
| 2011 | | | | | | |
| 2010 | | | | | | |
| 2009 | | | | | | |
| 2008 | | | | | | |
| 2007 | | | | | | |
| 2006 | | | | | | |
| 2005 | | | | | | |
| 2004 | | | | | | |
| 2003 | | | | | | |
| 2002 | | | | | | |
| Totals | 114,165. | | | | 114,165. | |

| | |
|---|---|
| Less: Carryover expiring due to 20-year limitation | |
| Less: Carryover expiring due to 15-year limitation | |
| Add: Current year net operating loss | 17,713. |
| Less: Carryback of current year net operating loss | |
| Net operating loss carryover to next year | 131,878. |

cpcw7601.SCR  09/02/22

**LBU FRANCHISE CORPORATION**                                            76-0282495                    1

# Additional Information From 2022 Federal Corporation Tax Return

**Form 1120: US Corporation Income Tax Return**
**Line 1a**                                                          Itemization Statement

| Description | Amount |
|---|---|
|  | 1,128,255 |
| **Total** | **1,128,255** |

**Form 1120: US Corporation Income Tax Return**
**Line 14**                                                          Itemization Statement

| Description | Amount |
|---|---|
|  | 9,472 |
| **Total** | **9,472** |

**Form 1120: US Corporation Income Tax Return**
**Line 16**                                                          Itemization Statement

| Description | Amount |
|---|---|
|  | 105,961 |
|  | 11,766 |
|  | 11,766 |
|  | 11,773 |
| **Total** | **141,266** |

**Form 1120: US Corporation Income Tax Return**
**Line 18**                                                          Itemization Statement

| Description | Amount |
|---|---|
| Inventory Financing | 126,790 |
| **Total** | **126,790** |

**Form 1120: US Corporation Income Tax Return**
**Other Deductions**                                                Continuation Statement

| Description | Amount |
|---|---|
| AMORTIZATION | 0 |
| AUTOMOBILE AND TRUCK EXPENSE | 52,695 |
| BANK CHARGES | 35,294 |
| INSURANCE | 51,478 |
| LEGAL AND PROFESSIONAL | 7,836 |
| MEALS (50%) | 8,279 |
| OFFICE EXPENSE | 2,060 |
| SECURITY | 374 |
| SUPPLIES | 16,853 |
| TRAVEL | 2,788 |
| UTILITIES | 30,413 |

**LBU FRANCHISE CORPORATION**                                76-0282495                    2

Form 1120: US Corporation Income Tax Return
**Other Deductions**                                **Continuation Statement**

| Description | Amount |
|---|---|
| Total | 208,070 |

SMART WORKSHEET FOR: Form 1120: US Corporation Income Tax Return
**Line 13A**                                        **Itemization Statement**

| Description | Amount |
|---|---|
| | 84,600. |
| | −18,000. |
| Total | **66,600.** |

SMART WORKSHEET FOR: Form 1120: US Corporation Income Tax Return
**Line 17B**                                        **Itemization Statement**

| Description | Amount |
|---|---|
| | 11,048. |
| | −6,471. |
| Total | **4,577.** |

SMART WORKSHEET FOR: Form 1120: US Corporation Income Tax Return
**Line 17C**                                        **Itemization Statement**

| Description | Amount |
|---|---|
| | 5,244. |
| | 1,227. |
| Total | **6,471.** |

SMART WORKSHEET FOR: Form 1120: US Corporation Income Tax Return
**Cash contributions**                                **Itemization Statement**

| Description | Amount |
|---|---|
| | 739. |
| Total | **739.** |

Form 1125-A: Cost of Goods Sold
**Line 2**                                        **Itemization Statement**

| Description | Amount |
|---|---|
| | 475,431 |
| Total | **475,431** |

Form 1125-A: Cost of Goods Sold
**Line 7**                                        **Itemization Statement**

| Description | Amount |
|---|---|
| | 45,689 |
| Total | **45,689** |

**LBU FRANCHISE CORPORATION**                                    76-0282495                    3

**Schedule L, Other Assets Statement**
**Ln 14 Stmt (1)**
**Other assets beginning**                                        **Itemization Statement**

| Description | Amount |
|---|---|
|  | 135,000. |
|  | 31,048. |
| **Total** | **166,048.** |