**Fill in this information to identify the case:**

Debtor Name **LBU Franchises Corporation**

United States Bankruptcy Court for the: **Southern**   District of   **Texas**
(State)

Case number (If known): **23-34586**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | **$400.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

   3.1. **Prosperity Bank**     **Checking account**     **7  2  4  8**     | **$4,800.00**

4. **Other cash equivalents** *(Identify all)*

   4.1.
   4.2.

5. **Total of Part 1** | **$5,200.00**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1.
   7.2.

Debtor    **LBU Franchises Corporation**                                    Case number *(if known)* **23-34586**
          Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____    _____

    8.2  _____    _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                        _____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                             **Current value of
                                                                             debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____  –  _____  =.....➜   _____
                              face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:     _____  –  _____  =.....➜   _____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.            _____

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                        **Valuation method used    Current value of
                                                        for current value**        debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____    _____    _____

    14.2  _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of
                                             ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

---

Debtor **LBU Franchises Corporation**
Name

Case number (if known) **23-34586**

16.2 _____

| 17. | **Total of Part 4** | | |
| | Add lines 14 through 16. Copy the total to line 83. | | _____ |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Light Bulbs and Fixtures | MM / DD / YYYY | $59,671.00 | Book Value | $59,671.00 |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

| 23. | **Total of Part 5** | | |
| | Add lines 19 through 22. Copy the total to line 84. | | $59,671.00 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes.  Book value __$25,000.00__  Valuation method __Book Value__  Current value __$25,000.00__

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor   **LBU Franchises Corporation**

Name

Case number *(if known)* **23-34586**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **LBU Franchises Corporation**                                    Case number *(if known)* **23-34586**
Name

| Office Furniture | unknown | | $2,000.00 |

40. **Office fixtures**

| Office Fixtures | unknown | | $1,500.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| Office Equipment | unknown | | $3,500.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $7,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |

Debtor __**LBU Franchises Corporation**__        Case number *(if known)* __23-34586__
Name

| | | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| | 49.1 _____ | _____ | _____ | _____ |
| | 49.2 _____ | _____ | _____ | _____ |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | _____ | _____ | _____ | _____ |

51. **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.            _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No

     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.

     ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **1203 Westheimer Rd Houston, TX 77006-2737** | __Lease__ | __unknown__ | _____ | **$118,800.00** |

56. **Total of Part 9**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      **$118,800.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No

     ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.

     ☑ Yes. Fill in the information below.

Debtor    **LBU Franchises Corporation**                                    Case number *(if known)* __23-34586__
          Name

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ | _____ |
| 61. | **Internet domain names and websites** | | | |
| | Website | unknown | https://www.lightbulbsunlimitedhouston.com/ | unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ | _____ |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ | _____ |
| 64. | **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ | _____ |
| 65. | **Goodwill** | | | |
| | Goodwill | unknown | _____ | unknown |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  Total face amount  –  doubtful or uncollectible amount  = ➡  _____

Debtor      **LBU Franchises Corporation**
            _____
            Name

Case number *(if known)* **23-34586**

---

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                           _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Potential Claims Related to Pre-Petition Relationship with G and G Funding, Highland Hill Capital, and Trident Funding**                              **unknown**

    **Nature of claim**      __Business Torts_____

    **Amount requested**     _____unknown_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                           _____

    **Nature of claim**      _____

    **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

    _____                           _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                           _____

    _____                           _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                  ┌──────────────┐
                                                                         └──────────────┘

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Debtor | **LBU Franchises Corporation** | Case number *(if known)* 23-34586 |
| --- | --- | --- |
| | Name | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $59,671.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*................................................ ➜ | | $118,800.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $71,871.00 | + 91b. $118,800.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................. | | $190,671.00 |

Fill in this information to identify the case:

Debtor name ___LBU Franchises Corporation___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
                                                                (State)

Case number (if known): ___23-34586___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

Harris County Tax Assessor-Collector

**Creditor's mailing address**

PO Box 3547

Houston, TX 77253

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   **See continuation page.**

**Describe debtor's property that is subject to a lien**

1203 Westheimer Rd Houston, TX 77006-2737, Light Bulbs and Fixtures , Office Fixtures, Office Furniture , Office Equipment

**Describe the lien**

Tax Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  | $9,307.09 | $185,471.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $621,492.45

Debtor    LBU Franchises Corporation

Name

Case number (if known) 23-34586

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Internal Revenue Service

**Creditor's mailing address**

PO Box 7346

Philadelphia, PA 19101

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

1203 Westheimer Rd Houston, TX 77006-2737, Light Bulbs and Fixtures , Office Fixtures, Office Furniture , Office Equipment

$114,846.56

$185,471.00

**Describe the lien**

Tax Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    LBU Franchises Corporation
          _____                    Case number (if known) 23-34586
          Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

409 3rd St Sw

Washington, DC 20416-0011

**Creditor's email address, if known**

_____

**Date debt was** ___04/30/2022___
**incurred**

**Last 4 digits of** ___7  4  0  9___
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lightbulbs, 1203 Westheimer Rd Houston, TX 77006-2737, Light Bulbs and Fixtures , Office Fixtures, Office Furniture , Office Equipment

**Describe the lien**

Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $497,338.80 | $185,471.00 |

Debtor   LBU Franchises Corporation
_____
         Name

Case number (if known)   23-34586
_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| Harris County Tax Assessor-Collector<br>Linebarger Goggan Blair & Sampson, LLP<br>4828 Loop Central Dr Ste 600<br>Houston, TX 77081-1246 | Line 2. 1 | ___ ___ ___ ___ |
| U.S. Small Business Administration<br>U.S. Attorney's Office<br>Southern District of Texas<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 | Line 2. 3 | ___ ___ ___ ___ |
| U.S. Small Business Administration<br>10737 Gateway Blvd W Ste 300<br>El Paso, TX 79935-4910 | Line 2. 3 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | LBU Franchises Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 23-34586 |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:** _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address<br>Texas Workforce Commission<br>Tax Deparment<br>Po Box 1429<br>Spring, TX 77383-1429<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:** _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $525.80 | $525.80 |

| Debtor | **LBU Franchises Corporation** | Case number *(if known)* | 23-34586 |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

BGW Properties

1275 S Post Oak Ln Unit 1802

Houston, TX 77056-2543

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,000.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**

Bulbrite

145 W Commercial Ave

Moonachie, NJ 07074-1704

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,500.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**

City of Houston

PO Box Box 2688

Houston, TX 77252

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sign Permitting

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,968.56**

---

**3.4** | **Nonpriority creditor's name and mailing address**

Cy-Fair ISD

10494 Jones Road 106

Houston, TX 77065

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

| Debtor | **LBU Franchises Corporation** | Case number *(if known)* | **23-34586** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

### 3.5

**Nonpriority creditor's name and mailing address**

Deep Roof Lighting

Po Box 2899

Huntingtn Sta, NY 11746-0911

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $2,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.6

**Nonpriority creditor's name and mailing address**

Demetrius Navarro

9235 Katy Fwy Ste 100

Houston, TX 77024-1519

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.7

**Nonpriority creditor's name and mailing address**

Fox Capital Group, LLC

300 E 56th St 6 J

New York, NY 10022-4136

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $28,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.8

**Nonpriority creditor's name and mailing address**

G and G Funding Group LLC

57 W 57th St Fl 4

New York, NY 10019-2827

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $50,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **LBU Franchises Corporation** | Case number *(if known)* | **23-34586** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

Highland Hill Capital LLC

450 Fairway Dr Ste 208

Deerfield Bch, FL 33441-1837

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Merchant Cash Advance

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$105,000.00

---

**3.10** Nonpriority creditor's name and mailing address

House of Troy

902 Silver Ridge Rd

Hyde Park, VT 05655-9396

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,100.00

---

**3.11** Nonpriority creditor's name and mailing address

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Taxes

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$61,171.04

---

**3.12** Nonpriority creditor's name and mailing address

Nora Lighting

6505 Gayhart Street

Los Angeles, CA 90040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,500.00

---

| Debtor | **LBU Franchises Corporation** | Case number *(if known)* | **23-34586** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.13** | Nonpriority creditor's name and mailing address

Ray Spaulding

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

RISE Association Management Group

3131 Eastside St Ste 130

Houston, TX 77098

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **3500**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

Trident Funding

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$50,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

TXU Electric Company, Inc.

6555 Sierra Dr

Irving, TX 75039-2479

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electricity**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **LBU Franchises Corporation**                                   Case number *(if known)*        **23-34586**
          Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.17**

**Nonpriority creditor's name and mailing address**

**United Funding Group**

**1688 Meridian Ave Ste 700**

**Miami Beach, FL 33139-2713**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**        $19,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Unlimited Capital**

**2613 E 16th St**

**Brooklyn, NY 11235-3805**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**        $17,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Vonage America LLC**

**101 Crawfords Corner Rd**

**Holmdel, NJ 07733-1976**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Phone

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Waste Connections US, Inc.**

**3 Waterway Square Pl Ste 550**

**Spring, TX 77380-3489**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trash

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **LBU Franchises Corporation** | Case number *(if known)* | **23-34586** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 3:</strong></td><td colspan="2">List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Corporation Service Company** <br> **Po Box 2576** <br> **Springfield, IL 62708-2576** | Line **3.7** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **CT Corporation System** <br> **SPRS** <br> **330 N Brand Blvd Ste 700** <br> **Glendale, CA 91203-2336** | Line **3.7** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **G and G Funding Group LLC** <br> **2503 Borden Ave** <br> **Long Is City, NY 11101-4427** | Line **3.8** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Highland Hill Capital LLC** <br> **CT Corporation System** <br> **1200 S Pine Island Rd** <br> **Plantation, FL 33324-4413** | Line **3.9** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Law Offices of Isaac H. Greenfield, PLLC** <br> **2 Executive Blvd Ste 305** <br> **Suffern, NY 10901-8219** | Line **3.8** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **Lieberman & Klestzick LLP** <br> **1915 Hollywood Blvd Ste 200b** <br> **Hollywood, FL 33020-4547** | Line **3.7** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 **Texas Comptroller of Public Accounts** <br> **Po Box 13528** <br> **Austin, TX 78711-3528** | Line **2.2** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   **LBU Franchises Corporation**                                        Case number *(if known)*        **23-34586**
_____
Name

---

**Part 3:**  Additional Page

| 4.8 | **Texas Workforce Commission** | Line **2.2** |
| | **101 E 15th St # 556** | ☐ Not listed. Explain _____ |
| | **Austin, TX 78778-1442** | |

| 4.9 | **TXU Electric Company, Inc.** | Line **3.16** |
| | **Capitol Corporate Services, Inc.** | ☐ Not listed. Explain _____ |
| | **206 E 9th St Ste 1300** | |
| | **Austin, TX 78701-4411** | |

| 4.10 | **United Funding Group** | Line **3.17** |
| | **10230 Queens Blvd Apt 5m** | ☐ Not listed. Explain _____ |
| | **Forest Hills, NY 11375-9504** | |

| 4.11 | **Vonage America LLC** | Line **3.19** |
| | **Corporation Service Company** | ☐ Not listed. Explain _____ |
| | **211 E 7th St Ste 620** | |
| | **Austin, TX 78701-3218** | |

| 4.12 | **Waste Connections US, Inc.** | Line **3.20** |
| | **Corporation Service Company** | ☐ Not listed. Explain _____ |
| | **211 E 7th St Ste 620** | |
| | **Austin, TX 78701-3218** | |

Debtor    **LBU Franchises Corporation**                                    Case number *(if known)*      **23-34586**
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $525.80 |
| 5b. | **Total claims from Part 2** | 5b. + | $380,239.60 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $380,765.40 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | LBU Franchises Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 23-34586   Chapter 11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Real Estate | BGW Properties |
| State the term remaining — 48 months | 1275 S Post Oak Ln Unit 1802 |
| List the contract number of any government contract | Houston, TX 77056-2543 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name   **LBU Franchises Corporation**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____
                                                                                    (State)

Case number (If known):   **23-34586**

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  David Bekker | 1203 Westheimer Rd<br>Street<br><br>Houston, TX 77006-2737<br>City          State          ZIP Code | U.S. Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| | | G and G Funding Group LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **LBU Franchises Corporation**                                   Case number (if known)  **23-34586**
          Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | City          State          ZIP Code | | |
| 2.6 | _____ | Street _____ _____ | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ LBU Franchises Corporation _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 23-34586 _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals   **12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................................   | $118,800.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..............................................................................................   | $71,871.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................   | $190,671.00 |

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   | $621,492.45 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................   | $525.80 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................   + | $380,239.60 |

4. **Total liabilities**...............................................................................................................   | $1,002,257.85 |

   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>LBU Franchises Corporation</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td>Case number (if known):</td><td>23-34586</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/06/2023
          MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

David Bekker
Printed name

President
Position or relationship to debtor